Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-60904  
Case Name: COLUMBUS MICROFILM, INC.  
Taxpayer ID No: XX-XXX4485  
For Period Ending: 1/31/2007  

Trustee Name: Larry J. McClatchey  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX4737 - MONEY MARKET ACCOUNT  
Blanket Bond (per case limit): $2,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | 9,197.13 |
| 1/4/2007 | | Transfer from Acct#XXXXXX4753 | Transfer of Funds | 9999-000 | 2,893.84 | | 12,090.97 |
| 1/4/2007 | 1 | TREASURER OF STATE OF OHIO OFFICE OF BUDGET AND MANAGEMENT CONSOLIDATED WARRANT FUND | ACCOUNTS RECEIVABLE CHECK A70788 | 1230-000 | 37.00 | | 12,127.97 |
| 1/4/2007 | 1 | THE COMMERCE GROUP, INC. 211 MAIN STREET WEBSTER, MA 01570 | ACCOUNTS RECEIVABLE #29480; 29481 CHECK 308629 | 1230-000 | 85.40 | | 12,213.37 |
| 1/4/2007 | 1 | SAMARITAN REGIONAL HEALTH SYSTEM 1025 CENTER STREET ASHLAND, OH 44805-4098 | ACCOUNTS RECEIVABLE #35156 CHECK 193544 | 1230-000 | 1,459.41 | | 13,672.78 |
| 1/4/2007 | 1 | KEMBA FINANCIAL CREDIT UNION 555 OFFICENTER PL. P.O. BOX 307370 GAHANNA, OH 43230 | ACCOUNTS RECEIVABLE #35163 CHECK 465381 | 1230-000 | 57.00 | | 13,729.78 |
| 1/4/2007 | 1 | JP MORGAN CHASE 601 TRAVIS STREET, 19TH FLOOR HOUSTON, TX 77002 | ACCOUNTS RECEIVABLE #35138 CHECK 538744418 | 1230-000 | 448.35 | | 14,178.13 |
| 1/4/2007 | 1 | JP MORGAN CHASE 601 TRAVIS STREET, 19TH FLOOR HOUSTON, TX 77002 | ACCOUNTS RECEIVABLE #35128 CHECK 538740577 | 1230-000 | 229.51 | | 14,407.64 |
| 1/4/2007 | 1 | MET LIFE AUTO & HOME 500 JORDAN ROAD TROY, NY 12180 | ACCOUNTS RECEIVABLE #34831, 34960, 34862 CHECK 170292 | 1230-000 | 569.76 | | 14,977.40 |
| 1/4/2007 | | Transfer to Acct#XXXXXX4753 | Transfer of Funds to Cut Checks | 9999-000 | | 6,350.23 | 8,627.17 |
| 1/9/2007 | | Transfer to Acct#XXXXXX4753 | Transfer of Funds | 9999-000 | | 8,600.00 | 27.17 |
| 1/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 1.29 | | 28.46 |
| | | | Page Subtotals | | 5,781.56 | 14,950.23 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Case No: 04-60904  
Case Name: COLUMBUS MICROFILM, INC.  
Taxpayer ID No: XX-XXX4485  
For Period Ending: 1/31/2007

Trustee Name: Larry J. McClatchey  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX4737 - MONEY MARKET ACCOUNT  
Blanket Bond (per case limit): $2,000,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 5,781.56 | 14,950.23 | 28.46 |
| | | | Less: Bank Transfers/CD's | | 2,893.84 | 14,950.23 | |
| | | | Subtotal | | 2,887.72 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 2,887.72 | 0.00 | |

Page Subtotals        0.00        0.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Case No: 04-60904
Case Name: COLUMBUS MICROFILM, INC.
Taxpayer ID No: XX-XXX4485
For Period Ending: 1/31/2007

Trustee Name: Larry J. McClatchey
Bank Name: Bank of America
Account Number/CD#: XXXXXX4753 - CHECKING ACCOUNT
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Balance Forward | | | | 0.00 |
| 1/4/2007 | | Transfer from Acct#XXXXXX4737 | Transfer of Funds to Cut Checks | 9999-000 | 6,350.23 | | 6,350.23 |
| 1/4/2007 | 1 | THE METROHEALTH SYSTEM<br>2500 METROHEALTH DRIVE<br>CLEVELAND, OH 44109 | ACCOUNTS RECEIVEABLE #35166; 35168<br>CHECK 495431 | 1230-000 | 2,893.84 | | 9,244.07 |
| 1/4/2007 | | Transfer to Acct#XXXXXX4737 | Transfer of Funds | 9999-000 | | 2,893.84 | 6,350.23 |
| 1/4/2007 | 001036 | COLUMBIA GAS OF OHIO<br>P.O. BOX 9001847<br>LOUISVILLE, KY 40290-1847 | ACCOUNT NO. 12028899 011 000 7 | 6950-000 | | 3,848.55 | 2,501.68 |
| 1/4/2007 | 001037 | AMERICAN ELECTRIC POWER<br>P.O. BOX 24418<br>CANTON, OH 44701-4418 | Accounts: 100-432-222-3-0 | 6950-000 | | 155.43 | 2,346.25 |
| 1/4/2007 | 001038 | AMERICAN ELECTRIC POWER<br>P.O. BOX 24418<br>CANTON, OH 44701-4418 | Accounts: 103-532-222-1-8 | 6950-000 | | 1,935.31 | 410.94 |
| 1/4/2007 | 001039 | AMERICAN ELECTRIC POWER<br>P.O. BOX 24418<br>CANTON, OH 44701-4418 | Accounts: 107-232-222-1-1 | 6950-000 | | 59.10 | 351.84 |
| 1/4/2007 | 001040 | AMERICAN ELECTRIC POWER<br>P.O. BOX 24418<br>CANTON, OH 44701-4418 | Accounts: 106-632-222-13 | 6950-000 | | 162.05 | 189.79 |
| 1/4/2007 | 001041 | AT&T<br>P.O. BOX 8100<br>AURORA, IL 60507-8100 | ACCOUNT 614 443-7825 730 0 | 6950-000 | | 189.79 | 0.00 |
| 1/9/2007 | | Transfer from Acct#XXXXXX4737 | Transfer of Funds | 9999-000 | 8,600.00 | | 8,600.00 |
| 1/9/2007 | 001042 | CELEBRITY NETWORKS<br>3455 MILL RUN DRIVE, SUITE 300<br>HILLIARD, OH 43026 | INTERNET<br>ACCOUNT 125-128651<br>INVOICE 13902 | 6950-000 | | 95.01 | 8,504.99 |
| | | | Page Subtotals | | 17,844.07 | 9,339.08 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-60904
Case Name: COLUMBUS MICROFILM, INC.
Taxpayer ID No: XX-XXX4485
For Period Ending: 1/31/2007

Trustee Name: Larry J. McClatchey
Bank Name: Bank of America
Account Number/CD#: XXXXXX4753 - CHECKING ACCOUNT
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 1/9/2007 | 001043 | DELILLE<br>772 MARION ROAD<br>COLUMBUS, OH 43207 | ACCT. 128223<br>INVOICE NO. 471960 | 6950-000 | | 9.07 | 8,495.92 |
| 1/9/2007 | 001044 | LIGHTYEAR NETWORK SOLUTIONS<br>1901 EASTPOINT PARKWAY<br>LOUISVILLE, KY 40223 | ACCOUNT NO. 1538089 | 6950-000 | | 70.20 | 8,425.72 |
| 1/10/2007 | 1 | ST. MARY'S MEDICAL CENTER | ACCOUNTS RECEIVABLE | 1230-000 | 37,500.43 | | 45,926.15 |
| 1/10/2007 | 001045 | DELILLE<br>772 MARION ROAD<br>COLUMBUS, OH 43207 | ACCT. 128223<br>COD ON 1/11/07 | 6950-000 | | 171.26 | 45,754.89 |
| 1/10/2007 | 001046 | MYERS REESE SMITH & CHESTER<br>31500 BAINBRIDGE ROAD #5<br>SOLON, OH 44139 | 2007 Chapter 7 Blanket Bond Renewal | 2300-000 | | 275.19 | 45,479.70 |
| 1/11/2007 | | NATIONAL CITY BANK | TO PAYROLL ACCOUNT | 6950-000 | | 13,300.00 | 32,179.70 |
| 1/11/2007 | 001047 | NATIONAL CITY BANK | PAYROLL TAX ACCOUNT #764176356 | 6950-000 | | 6,653.90 | 25,525.80 |
| 1/12/2007 | 001048 | EYE COMMUNICATIONS SYSTEMS, INC. | SUPPLIES | 6950-000 | | 1,645.87 | 23,879.93 |
| 1/12/2007 | 001049 | SOS VIDEO COMMUNICATIONS<br>612 PARK STREET<br>COLUMBUS, OH 43215 | RENT FOR 753 HARMON AVENUE,<br>COLUMBUS, OHIO | 6920-000 | | 9,838.84 | 14,041.09 |
| 1/16/2007 | 1 | The MetroHealth System<br>2500 MetroHealth Dr.<br>Cleveland, OH 44109 | ACOUNTS RECEIVABLE INV. 335196<br>CHECK NO. 496999 | 1230-000 | 1,592.77 | | 15,633.86 |
| 1/16/2007 | 1 | THE METROHEALTH SYSTEM<br>2500 METROHEALTH DR.<br>CLEVELAND, OH 44109 | ACCOUNTS RECEIVABLE INV. 335184<br>CHECK NO. 495867 | 1230-000 | 1,511.95 | | 17,145.81 |

Page Subtotals   40,605.15   31,964.33

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-60904
Case Name: COLUMBUS MICROFILM, INC.
Taxpayer ID No: XX-XXX4485
For Period Ending: 1/31/2007

Trustee Name: Larry J. McClatchey
Bank Name: Bank of America
Account Number/CD#: XXXXXX4753 - CHECKING ACCOUNT
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Uniform Tran. Code | Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 1/16/2007 | 1 | THE COMMERCE GROUP, INC.<br>211 MAIN ST.<br>WEBSTER, MA 01570 | ACCOUNTS RECEIVABLE INV. # 35139, 35136<br>CHECK NO. 309066 | 1230-000 | 250.86 | | 17,396.67 |
| 1/16/2007 | 1 | JPMORGAN CHASE<br>CORPORATE ACCOUNTS PAYABLE, TX2-C361<br>601 TRAVIS ST., 19TH FL.<br>HOUSTON, TX 77002 | ACCOUNTS RECEIVABLE INV. # 35143<br>CHECK NO. 538749271 | 1230-000 | 448.35 | | 17,845.02 |
| 1/16/2007 | 001050 | PROGRESSIVE INSURANCE<br>P.O. BOX 94739<br>CLEVELAND, OH 44101 | AUTO INSURANCE | 6950-000 | | 556.20 | 17,288.82 |
| 1/16/2007 | 001051 | INDUS INTERNATIONAL<br>P.O. BOX 890<br>WEST SALEM, WI 54669-0890 | SUPPLIES | 6950-000 | | 806.75 | 16,482.07 |
| 1/17/2007 | 001052 | NATIONAL CITY BANK | VISA TRAVEL CARD FOR PETTY CASH | 6950-000 | | 500.00 | 15,982.07 |
| 1/17/2007 | 001053 | OHIO TREASURER OF STATE<br>P.O. BOX 16560<br>COLUMBUS, OH 432126 | TAX ID 31-0854485<br>VENDOR LICENSE 25235458<br>SESSION CONFIRMATION NO. 3594286 | 6950-000 | | 993.40 | 14,988.67 |
| 1/17/2007 | 001054 | NATIONAL CITY BANK | PAYROLL ACCOUNT #764176153 | 6950-000 | | 6,500.00 | 8,488.67 |
| 1/17/2007 | 001055 | NATIONAL CITY BANK | PAYROLL TAX ACCOUNT #764176356 | 6950-000 | | 3,000.00 | 5,488.67 |
| 1/19/2007 | 001056 | HAGUE WATER CONDITIONING<br>4581 HOMER OHIO LN<br>GROVEPORT, OH 43125 | ACCOUNT 1872 | 6950-000 | | 134.31 | 5,354.36 |
| 1/23/2007 | 1 | DISCOVER FINANCIAL SERVICES LLC<br>2500 LAKE COOK RD.<br>RIVERWOODS, IL 60015 | ACCOUNTS RECEIVABLE INV. #35182<br>CHECK NO. 00188537 | 1230-000 | 613.86 | | 5,968.22 |

Page Subtotals 1,313.07 12,490.66

Case 2:04-bk-60904 Doc 189-1 Filed 02/20/07 Entered 02/20/07 11:10:24 Desc
Exhibit   Page 6 of 13

Page: 6

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-60904
Case Name: COLUMBUS MICROFILM, INC.

Taxpayer ID No: XX-XXX4485
For Period Ending: 1/31/2007

Trustee Name: Larry J. McClatchey
Bank Name: Bank of America
Account Number/CD#: XXXXXX4753 - CHECKING ACCOUNT
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 1/23/2007 | 1 | THE COMMERCE GROUP, INC.<br>211 MAIN ST.<br>WEBSTER, MA 01570 | ACCOUNTS RECEIVABLE INV. #35190 & 35187<br>CHECK NO. 310329 | 1230-000 | 112.09 | | 6,080.31 |
| 1/23/2007 | 1 | THE METROHEALTH SYSTEM<br>2500 METROHEALTH DR.<br>CLEVELAND, OH 44109 | ACCOUNTS RECEIVABLE INV. #35205<br>CHECK NO. 497781 | 1230-000 | 1,476.90 | | 7,557.21 |
| 1/23/2007 | 1 | ASHLAND INC.<br>P O BOX 391<br>ASHLAND, KY 44114 | ACCOUNTS RECEIVABLE INV. #35181<br>CHECK NO. 10101706 | 1230-000 | 730.27 | | 8,287.48 |
| 1/23/2007 | 1 | KEMBA FINANCIAL CREDIT UNION<br>555 OFFICECENTER PL<br>P O BOX 307370<br>GAHANNA, OH 43230 | ACCOUNTS RECEIVABLE INV. #35191<br>CHECK NO. 466446 | 1230-000 | 84.00 | | 8,371.48 |
| 1/23/2007 | 1 | SAMARITAN REGIONAL HEALTH SYSTEM<br>1025 CENTER ST.<br>ASHLAND, OH 44805-4098 | ACOUNTS RECEIVABLE INV. #35183<br>CHECK NO. 193958 | 1230-000 | 1,468.03 | | 9,839.51 |
| 1/23/2007 | 1 | JPMORGAN CHASE<br>CORPORATE ACCOUNTS PAYABLE<br>601 TRAVIS ST., 19TH FL<br>HOUSTON, TX 77002 | ACCOUNTS RECEIVABLE INV. #35162<br>CHECK NO. 538760861 | 1230-000 | 528.41 | | 10,367.92 |
| 1/23/2007 | 1 | ST. MARY'S MEDICAL CENTER<br>2900 1ST AVE.<br>HUNTINGTON, WV 25702 | ACCOUNTS RECEIVABLE | 1230-000 | 16,984.81 | | 27,352.73 |
| 1/23/2007 | 001057 | COLUMBUS CITY TREASURER<br>WATER AND SEWER SERVICES<br>P.O. BOX 182882<br>COLUMBUS, OH 43218-2882 | ACCOUNT 59065-1097827 | 6950-000 | | 375.28 | 26,977.45 |
| 1/23/2007 | 001058 | THE FOXX GROUP<br>P.O. BOX 5400<br>SALISBURY, MA 01952 | SUPPLIES | 6950-000 | | 232.23 | 26,745.22 |
| | | | Page Subtotals | | 21,384.51 | 607.51 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-60904
Case Name: COLUMBUS MICROFILM, INC.
Taxpayer ID No: XX-XXX4485
For Period Ending: 1/31/2007

Trustee Name: Larry J. McClatchey
Bank Name: Bank of America
Account Number/CD#: XXXXXX4753 - CHECKING ACCOUNT
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | 5<br>Uniform<br>Tran. Code | Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 1/23/2007 | 001059 | STAPLES<br>DEPT. DET 2368<br>P.O. BOX 83689<br>CHICAGO, IL 60696-3689 | SUPPLIES - ACCT. 1475542 | 6950-000 | | 188.09 | 26,557.13 |
| 1/23/2007 | 001060 | METALS RECOVERY SERVICE, LLC<br>1660 GEORGESVILLE ROAD<br>COLUMBUS, OH 43228-3620 | MAINTENANCE AGREEMENT | 6950-000 | | 160.13 | 26,397.00 |
| 1/24/2007 | 001061 | NATIONAL CITY BANK | PAYROLL TAX ACCOUNT #764176356 | 6950-000 | | 4,533.12 | 21,863.88 |
| 1/24/2007 | 001062 | NATIONAL CITY BANK | PAYROLL ACCOUNT #764176153 | 6950-000 | | 8,600.00 | 13,263.88 |
| 1/24/2007 | 001063 | EYE COMMUNICATIONS SYSTEMS, INC.<br>P.O. BOX 620<br>455 EAST INDUSTRIAL DRIVE<br>HARTLAND, WI 53029 | SUPPLIES | 6950-000 | | 302.00 | 12,961.88 |
| 1/24/2007 | 001064 | ROYAL PREMIUM BUDGET, INC.<br>P.O. BOX 257<br>SOUTHFIELD, MI 48037-0257 | INSURANCE PREMIUMS - January | 6950-000 | | 1,395.92 | 11,565.96 |
| 1/24/2007 | 001065 | THE GUARDIAN LIFE INS. CO. OF AMERICA<br>C/O HARRIS TRUST & SAVINGS BANK<br>REMITTANCE PROCESSING, 7TH FL<br>LOCKBOX 95101<br>311 WEST MONROE STREET<br>CHICAGO, IL 60606 | COLUMBUS MICROFILM, INC.C/O LARRY J.<br>MCCLATCHEY, TRUSTEEGROUP PLAN #326456 | 6950-000 | | 535.90 | 11,030.06 |
| 1/26/2007 | 001066 | NATIONAL CITY BANK | PAYROLL ACCOUNT #764176153 | 6950-000 | | 500.00 | 10,530.06 |
| 1/29/2007 | 1 | ASHLAND, INC.<br>P.O. BOX 391<br>ASHLAND, KY 41144 | ACCOUNTS RECEIVABLE #35224<br>CHECK NO. 10104918 | 1230-000 | 675.74 | | 11,205.80 |
| | | | Page Subtotals | | 675.74 | 16,215.16 | |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-60904
Case Name: COLUMBUS MICROFILM, INC.
Taxpayer ID No: XX-XXX4485
For Period Ending: 1/31/2007

Trustee Name: Larry J. McClatchey
Bank Name: Bank of America
Account Number/CD#: XXXXXX4753 - CHECKING ACCOUNT
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 1/29/2007 | 1 | MIAMI TOWNSHIP, MONTOMGERY COUNTY, OHIO<br>2700 LYONS ROAD<br>MIAMISBURG, OHIO 45342 | ACCOUNTS RECEIVABLE #35213<br>CHECK NO. 045938 | 1230-000 | 6,073.48 | | 17,279.28 |
| 1/29/2007 | 1 | THE METROHEALTH SYSTEM<br>2500 METROHEALTH DR.<br>CLEVELAND, OH 44109 | ACCOUNTS RECEIVABLE #35215<br>CHECK NO. 498751 | 1230-000 | 2,519.63 | | 19,798.91 |
| 1/29/2007 | 1 | KEMBA FINANCIAL CREDIT UNION<br>555 OFFICECENTER PL<br>P O BOX 307370<br>GAHANNA, OH 43230 | ACCOUNTS RECEIVABLE #35202<br>CHECK NO. 467285 | 1230-000 | 150.52 | | 19,949.43 |
| 1/29/2007 | 1 | SAMARITAN REGIONAL HEALTH SYSTEM<br>1025 CENTER ST.<br>ASHLAND, OH 44805-4098 | ACCOUNTS RECEIVABLE #35194<br>CHECK NO. 194177 | 1230-000 | 1,261.09 | | 21,210.52 |
| 1/29/2007 | 1 | JP MORGAN CHASE<br>CORPORATE ACCOUNTS PAYABLE TX2-C361<br>601 TRAVIS STREET, 19TH FLOOR<br>HOUSTON, TX 77002 | ACCOUNTS RECEIVABLE #35188<br>CHECK NO. 538766700 | 1230-000 | 448.35 | | 21,658.87 |
| 1/29/2007 | 1 | CITY OF CENTERVILLE<br>100 WEST SPRING VALLEY ROAD<br>CENTERVILLE, OHIO 45458 | ACCOUNTS RECEIVABLE #35217<br>CHECK NO. 080323 | 1230-000 | 1,827.23 | | 23,486.10 |
| 1/29/2007 | 1 | CITY OF KETTERING<br>3600 SHROYER ROAD<br>KETTERING, OHIO 45429 | ACCOUNTS RECEIVABLE #35195<br>CHECK NO. 203220 | 1230-000 | 3,074.72 | | 26,560.82 |
| 1/30/2007 | 001067 | SOS VIDEO COMMUNICATIONS<br>612 PARK STREET<br>COLUMBUS, OH 43215 | RENT FOR 753 HARMON AVENUE, COLUMBUS, OHIO - FEBRUARY | 6920-000 | | 9,838.84 | 16,721.98 |

Page Subtotals 15,355.02 9,838.84

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-60904
Case Name: COLUMBUS MICROFILM, INC.

Taxpayer ID No: XX-XXX4485
For Period Ending: 1/31/2007

Trustee Name: Larry J. McClatchey
Bank Name: Bank of America
Account Number/CD#: XXXXXX4753 - CHECKING ACCOUNT
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 1/30/2007 | 001068 | WASTE MANGEMENT OF OHIO, INC. 1006 WEST WALNUT STREET CANAL WINCHESTER, OH 43110 | ACCTS. 211-0086019-0211-0 ($10.00) and 211-0104763-0211-1 ($173.14) (Post-Conversion Payments Only) | 6950-000 | | 183.14 | 16,538.84 |
| 1/30/2007 | 001069 | COLUMBIA GAS OF OHIO P.O. BOX 9001847 LOUISVILLE, KY 40290-1847 | ACCOUNT NO. 12028899 009 00 1and 12028899 013 000 5 | 6950-000 | | 1,714.19 | 14,824.65 |
| 1/31/2007 | 1 | COMPREHENSIVE EYECARE OF CENTRAL OHIO, INC. 450 ALKYRE RUN DRIVE, SUITE 100 WESTERVILLE, OH 43082 | ACCOUNTS RECEIVABLE #35165 CHECK NO. 3444 | 1230-000 | 159.58 | | 14,984.23 |
| 1/31/2007 | 1 | TREASURER OF STATE OF OHIO CONSOLIDATED WARRANT FUND OFFICE OF BUDGET AND MANAGEMENT | ACCOUNTS RECEIVABLE | 1230-000 | 37.00 | | 15,021.23 |
| 1/31/2007 | 1 | WEST END BANK 34 SOUTH SEVENTH STREET P.O. BOX 190 RICHMOND, IN 47374 | ACCOUNTS RECEIVABLE #35186 CHECK NO. 4482251354 | 1230-000 | 527.75 | | 15,548.98 |
| 1/31/2007 | 1 | SAMARITAN REGIONAL HEALTH SYSTEM 1025 CENTER ST. ASHLAND, OH 44805-4098 | ACCOUNTS RECEIVALBE #35199, 35208 CHECK NO. 194360 | 1230-000 | 2,541.18 | | 18,090.16 |
| 1/31/2007 | 1 | METLIFE AUTO & HOME 500 JORDAN ROAD TROY, NY 12180 | ACCOUNTS RECEIVABLE #35140, 35164 CHECK NO. 172798 | 1230-000 | 478.38 | | 18,568.54 |
| 1/31/2007 | 1 | THE TRESURER OF WAYNE COUNTY, OHIO AUDITOR'S OFFICE WOOSTER, OHIO | ACCOUNTS RECEIVABLE #35157 CHECK NO. 617196 | 1230-000 | 164.61 | | 18,733.15 |
| 1/31/2007 | 001070 | NATIONAL CITY BANK | PAYROLL ACCOUNT #764176153 | 6950-000 | | 7,749.45 | 10,983.70 |
| 1/31/2007 | 001071 | NATIONAL CITY BANK | PAYROLL TAX ACCOUNT #764176356 | 6950-000 | | 4,397.23 | 6,586.47 |
| | | | Page Subtotals | | 3,908.50 | 14,044.01 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 10

Case No: 04-60904
Case Name: COLUMBUS MICROFILM, INC.
Taxpayer ID No: XX-XXX4485
For Period Ending: 1/31/2007

Trustee Name: Larry J. McClatchey
Bank Name: Bank of America
Account Number/CD#: XXXXXX4753 - CHECKING ACCOUNT
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 101,086.06 | 94,499.59 | 6,586.47 |
| | | Less: Bank Transfers/CD's | | | 14,950.23 | 2,893.84 | |
| | | Subtotal | | | 86,135.83 | 91,605.75 | |
| | | Less: Payments to Debtors | | | 0.00 | 0.00 | |
| | | Net | | | 86,135.83 | 91,605.75 | |

Page Subtotals    0.00    0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 11

Case No: 04-60904
Case Name: COLUMBUS MICROFILM, INC.
Taxpayer ID No: XX-XXX4485
For Period Ending: 1/31/2007

Trustee Name: Larry J. McClatchey
Bank Name: NATIONAL CITY BANK
Account Number/CD#: XXXXXX6153 - PAYROLL ACCOUNT
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | 6,094.50 |

| | | |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 6,094.50 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals 0.00 0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-60904
Case Name: COLUMBUS MICROFILM, INC.
Taxpayer ID No: XX-XXX4485
For Period Ending: 1/31/2007

Trustee Name: Larry J. McClatchey
Bank Name: NATIONAL CITY BANK
Account Number/CD#: XXXXXX6356 - PAYROLL TAX ACCOUNT
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Balance Forward | | | | 5,506.80 |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | 5,506.80 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-60904
Case Name: COLUMBUS MICROFILM, INC.
Taxpayer ID No: XX-XXX4485
For Period Ending: 1/31/2007

Trustee Name: Larry J. McClatchey
Bank Name: NATIONAL CITY BANK
Account Number/CD#: XXXXXX6436 - OPERATING ACCOUNT
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | 1,308.46 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | 0.00 | 0.00 | 1,308.46 |
| | Less: Bank Transfers/CD's | | | 0.00 | 0.00 | |
| | Subtotal | | | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | | 0.00 | 0.00 | |
| | Net | | | 0.00 | 0.00 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX4737 | 137,997.45 | 49,525.64 | 28.46 |
| CHECKING ACCOUNT - XXXXXX4753 | 86,135.83 | 167,992.71 | 6,586.47 |
| PAYROLL ACCOUNT - XXXXXX6153 | 250,720.79 | 237,626.29 | 6,094.50 |
| PAYROLL TAX ACCOUNT - XXXXXX6356 | 62,157.10 | 63,650.30 | 5,506.80 |
| OPERATING ACCOUNT - XXXXXX6436 | 17,051.53 | 15,743.07 | 1,308.46 |
| | 554,062.70 | 534,538.01 | 19,524.69 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals                                   0.00              0.00