

# National City®

National City Bank
PO BOX 5756
CLEVELAND OH 44101-0756
131482

**Statement Period:** Dec. 30, 2006 - Jan. 31, 2007
**Account Number:** 764176436

**Contact Us**

Phone: 888-622-4249 (Servicio al Cliente Disponible)
Hearing Impaired: 800-290-0211
  Customer Service Hours:
  Mon. - Fri.: 7 a.m. - 9 p.m. ET
  Saturday: 7 a.m. - 2 p.m. ET
  Sunday: 10 a.m. - 4 p.m. ET
Web: NationalCity.com

```
COLUBMUS MICROFILM INC CARE OF
LARRY J MCCLATCHEY TRUSTEE
CASE  04-60904
65 E STATE ST STE 1800
COLUMBUS  OH  43215-4295
```

0



## Important Information about your Account

National City will mail 1099 interest statements for 2006 deposit accounts no later than January 31, 2007. Interest information is available by calling our automated telephone banking system at 888-622-4249. Press 1 for account information, then press 1 for the checking menu or 3 for the savings menu.

Check for this section each month - we'll use it when we need to communicate important news and information about your account, like the message above. Things to look for in this section include:
- New product and pricing changes
- Regulatory notices that may impact your account
- Other miscellaneous important information about your account



## Commercial Checking

### Account Summary for 764176436

| Beginning Balance as of Dec. 30, 2006 | | $1,308.46 |
|---|---|---|
| Deposits | 0 items | + 0.00 |
| Miscellaneous Credits | 0 items | + 0.00 |
| Checks/Converted Checks | 0 items | - 0.00 |
| Online Bill Pymts/Electronic Pymts | 4 items | - 448.76 |
| CheckCard/ATM Transactions | 0 items | - 0.00 |
| Other Debits and Transfers | 1 item | - 9.57 |
| **Ending Balance as of Jan. 31, 2007** | | **$850.13** |

90645



# Online Bill Payments/Electronic Payments

| Date | Description | Amount |
|------|-------------|--------|
| 01/05 | U. P. S.    Ups Bill<br>XXXXXXXXXXXXX426X | $62.58 |
| 01/12 | U. P. S.    Ups Bill<br>XXXXXXXXXXXXX426X | 109.65 |
| 01/19 | U. P. S.    Ups Bill<br>XXXXXXXXXXXXX426X | 80.02 |
| 01/26 | U. P. S.    Ups Bill<br>XXXXXXXXXXXXX426X | 196.51 |

Total: 4 items for $448.76

> We've listened! Online and electronic payments now appear together, making them easy to verify.

## OTHER
# Other Debits and Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 01/31 | Service Charge | $9.57 |

Total: 1 item for $9.57

---

## Banking with you in mind.

Watch this section for current offers that may be of interest to you. The messages here will be personalized based on your financial relationship with us.

Things to look for here include valuable offers for your points rewards, new rate specials for CDs and loans, and other opportunities for you to get the most from your bank.

906453

 

National City Bank
PO BOX 5756
CLEVELAND OH 44101-0756

131475

**Statement Period:** Dec. 30, 2006 - Jan. 31, 2007
**Account Number:** 764176153

**Contact Us**

**Phone:** 888-622-4249 (Servicio al Cliente Disponible)
**Hearing Impaired:** 800-290-0211
 **Customer Service Hours:**
 Mon. - Fri.: 7 a.m. - 9 p.m. ET
 Saturday: 7 a.m. - 2 p.m. ET
 Sunday: 10 a.m. - 4 p.m. ET
**Web:** NationalCity.com

COLUMBUS MICROFILM INC
BANKRUPTCY CASE # 04-60904
LARRY J MCCLATCHEY TRUSTEE
65 E STATE ST STE 1800
COLUMBUS  OH  43215-4295

0

 Important Information about your Account

National City will mail 1099 interest statements for 2006 deposit accounts no later than January 31, 2007. Interest information is available by calling our automated telephone banking system at 888-622-4249. Press 1 for account information, then press 1 for the checking menu or 3 for the savings menu.

Check for this section each month - we'll use it when we need to communicate important news and information about your account, like the message above. Things to look for in this section include:
- New product and pricing changes
- Regulatory notices that may impact your account
- Other miscellaneous important information about your account

 Commercial Checking

**Account Summary for 764176153**

| Beginning Balance as of Dec. 30, 2006 | | $6,094.50 |
|---|---|---|
| Deposits | 3 items | + 15,600.00 |
| Miscellaneous Credits | 3 items | + 13,673.93 |
| Checks | 77 items | - 30,837.50 |
| Online Bill Pymts/Electronic Pymts | 15 items | - 3,688.63 |
| CheckCard/ATM Transactions | 0 items | - 0.00 |
| Other Debits and Transfers | 1 item | - 134.78 |
| **Ending Balance as of Jan. 31, 2007** | | **$707.52** |

906400

 **Deposits**

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 01/17 | $6,500.00 | 01/26 | 500.00 |
| 01/24 | 8,600.00 | | |

**Total: 3 items for $15,600.00**

**OTHER**

 **Miscellaneous Credits**

| Date | Description | Amount |
|------|-------------|--------|
| 01/08 | Paychex Cgs    Garnish<br>Col0008447332   010807 | $181.28 |
| 01/10 | Paychex-Hrs    401(K)<br>0000007515033 | 192.65 |
| 01/11 | Wire Transfer Credit | 13,300.00 |

**Total: 3 items for $13,673.93**

**Checks**

| Check Number | Amount | Description | Date Paid |
|--------------|--------|-------------|-----------|
| 3400 | $158.15 | Paid Check - Image Available Online | 01/02 |
| 13389* | 602.44 | Paid Check - Image Available Online | 01/02 |
| 13390 | 419.50 | Paid Check - Image Available Online | 01/02 |
| 13393* | 371.77 | Paid Check - Image Available Online | 01/02 |
| 13394 | 466.42 | Paid Check - Image Available Online | 01/03 |
| 13395 | 293.73 | Paid Check - Image Available Online | 01/02 |
| 13396 | 266.18 | Paid Check - Image Available Online | 01/02 |
| 13397 | 302.94 | Paid Check - Image Available Online | 01/03 |
| 13398 | 367.25 | Paid Check - Image Available Online | 01/03 |
| 13399 | 428.32 | Paid Check - Image Available Online | 01/02 |
| 13401* | 346.45 | Paid Check - Image Available Online | 01/03 |
| 13402 | 411.35 | Paid Check - Image Available Online | 01/02 |
| 13403 | 283.80 | Paid Check - Image Available Online | 01/02 |
| 13405* | 1,120.93 | Paid Check - Image Available Online | 01/03 |
| 13424* | 605.02 | Paid Check - Image Available Online | 01/16 |
| 13425 | 284.65 | Paid Check - Image Available Online | 01/16 |
| 13426 | 415.05 | Paid Check - Image Available Online | 01/16 |
| 13427 | 60.87 | Paid Check - Image Available Online | 01/16 |
| 13428 | 284.51 | Paid Check - Image Available Online | 01/23 |
| 13429 | 363.25 | Paid Check - Image Available Online | 01/16 |
| 13430 | 59.67 | Paid Check - Image Available Online | 01/17 |
| 13431 | 54.34 | Paid Check - Image Available Online | 01/16 |

Check numbers and amounts appear first. Now it's easier to reconcile and see converted checks.

**Continued**

906407

 

## Checks (continued)

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 13432 | 213.50 | Paid Check - Image Available Online | 01/16 |
| 13433 | 286.77 | Paid Check - Image Available Online | 01/16 |
| 13434 | 335.07 | Paid Check - Image Available Online | 01/16 |
| 13435 | 212.58 | Paid Check - Image Available Online | 01/16 |
| 13436 | 284.42 | Paid Check - Image Available Online | 01/16 |
| 13437 | 411.47 | Paid Check - Image Available Online | 01/12 |
| 13438 | 844.19 | Paid Check - Image Available Online | 01/16 |
| 13439 | 1,127.44 | Paid Check - Image Available Online | 01/16 |
| 13441* | 500.96 | Paid Check - Image Available Online | 01/16 |
| 13442 | 370.21 | Paid Check - Image Available Online | 01/16 |
| 13443 | 587.28 | Paid Check - Image Available Online | 01/16 |
| 13444 | 265.08 | Paid Check - Image Available Online | 01/16 |
| 13445 | 295.66 | Paid Check - Image Available Online | 01/17 |
| 13446 | 447.63 | Paid Check - Image Available Online | 01/16 |
| 13447 | 262.23 | Paid Check - Image Available Online | 01/17 |
| 13448 | 261.33 | Paid Check - Image Available Online | 01/16 |
| 13449 | 279.62 | Paid Check - Image Available Online | 01/16 |
| 13450 | 350.15 | Paid Check - Image Available Online | 01/16 |
| 13451 | 342.11 | Paid Check - Image Available Online | 01/16 |
| 13452 | 116.29 | Paid Check - Image Available Online | 01/16 |
| 13453 | 280.50 | Paid Check - Image Available Online | 01/16 |
| 13454 | 252.92 | Paid Check - Image Available Online | 01/17 |
| 13455 | 844.19 | Paid Check - Image Available Online | 01/16 |
| 13456 | 1,127.44 | Paid Check - Image Available Online | 01/16 |
| 13458* | 399.97 | Paid Check - Image Available Online | 01/22 |
| 13459 | 277.14 | Paid Check - Image Available Online | 01/22 |
| 13460 | 466.02 | Paid Check - Image Available Online | 01/22 |
| 13461 | 202.02 | Paid Check - Image Available Online | 01/19 |
| 13463* | 188.99 | Paid Check - Image Available Online | 01/22 |
| 13464 | 227.25 | Paid Check - Image Available Online | 01/22 |
| 13466* | 215.30 | Paid Check - Image Available Online | 01/23 |
| 13467 | 246.21 | Paid Check - Image Available Online | 01/22 |
| 13468 | 368.16 | Paid Check - Image Available Online | 01/22 |
| 13469 | 125.19 | Paid Check - Image Available Online | 01/22 |
| 13470 | 217.44 | Paid Check - Image Available Online | 01/22 |
| 13472* | 844.19 | Paid Check - Image Available Online | 01/19 |
| 13473 | 1,127.44 | Paid Check - Image Available Online | 01/22 |
| 13475* | 604.88 | Paid Check - Image Available Online | 01/29 |

Continued

 # Checks (continued)

| Check Number | Amount | Description | Date Paid |
|---|---|---|---|
| 3476 | 419.90 | Paid Check - Image Available Online | 01/29 |
| 3477 | 651.74 | Paid Check - Image Available Online | 01/29 |
| 3478 | 274.13 | Paid Check - Image Available Online | 01/26 |
| 3479 | 382.11 | Paid Check - Image Available Online | 01/29 |
| 3480 | 465.25 | Paid Check - Image Available Online | 01/29 |
| 3481 | 320.01 | Paid Check - Image Available Online | 01/29 |
| 3482 | 84.66 | Paid Check - Image Available Online | 01/29 |
| 3483 | 186.75 | Paid Check - Image Available Online | 01/30 |
| 3484 | 368.09 | Paid Check - Image Available Online | 01/29 |
| 3485 | 262.65 | Paid Check - Image Available Online | 01/29 |
| 3486 | 428.86 | Paid Check - Image Available Online | 01/29 |
| 3487 | 200.96 | Paid Check - Image Available Online | 01/29 |
| 3488 | 346.39 | Paid Check - Image Available Online | 01/30 |
| 3489 | 410.57 | Paid Check - Image Available Online | 01/26 |
| 3490 | 287.97 | Paid Check - Image Available Online | 01/30 |
| 3491 | 844.19 | Paid Check - Image Available Online | 01/26 |
| 3492 | 1,127.44 | Paid Check - Image Available Online | 01/29 |

**Total: 77 items for $30,837.50**

'Indicates a gap in check sequence.

 # Online Bill Payments/Electronic Payments

| Date | Description | Amount |
|---|---|---|
| 01/04 | Paychex Cgs    Garnish<br>COL0008390494  010407 | $181.28 |
| 01/11 | Paychex Cgs    Garnish<br>COL0008479347  011107 | 181.28 |
| 01/12 | Paychexsecurity  Paychexsec<br>513604       070112 | 474.02 |
| 01/12 | Paychex Cgs    Garnish<br>COL0008504835  011207 | 181.28 |
| 01/18 | Paychex-Hrs    401(K)<br>0000007554021 | 290.62 |
| 01/18 | Paychex-Hrs    401(K)<br>0000007554020 | 290.59 |
| 01/18 | Paychex-Hrs    401(K)<br>0000007554024 | 219.64 |
| 01/18 | Paychex-Hrs    401(K)<br>0000007554023 | 192.65 |
| 01/18 | Paychex-Hrs    401(K)<br>0000007554022 | 192.65 |

**Continued**

We've listened! Online
and electronic payments
now appear together,
making them easy
to verify.

906409

 

 ## Online Bill Payments/Electronic Payments (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 01/18 | Paychex Cgs    Garnish<br>COL0008526896  011807 | 181.28 |
| 01/19 | Paychexsecurity  Paychexsec<br>516506        070119 | 451.81 |
| 01/19 | Paychex-Hrs    401(K)<br>0000007554025 | 195.29 |
| 01/25 | Paychex Cgs    Garnish<br>COL0008602983  012507 | 181.28 |
| 01/26 | Paychex-Hrs    401(K)<br>0000007578553 | 249.46 |
| 01/26 | Paychexsecurity  Paychexsec<br>520172        070126 | 225.50 |
| | | **Total: 15 items for $3,688.63** |

## OTHER
## Other Debits and Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 01/31 | Service Charge | $134.78 |
| | | **Total: 1 item for $134.78** |

### Banking with you in mind.

Watch this section for current offers that may be of interest to you. The messages here will be personalized based on your financial relationship with us.

Things to look for here include valuable offers for your points rewards, new rate specials for CDs and loans, and other opportunities for you to get the most from your bank.

## Thank you for banking with National City!

90641

## Use the following worksheet to reconcile your checking account.

| Balance shown on account statement: | $707.52 | | Balance shown in your checkbook: | $ |
|---|---|---|---|---|
| Add deposits not on statement: | $ | | Add any deposits not entered | $ |
| | $ | | in your checkbook: | $ |
| | $ | | Account Interest: | $ |
| SUBTOTAL (deposits not on statement): | $ | | SUBTOTAL (deposits not on statement): | $ |
| Subtract outstanding checks/debits | $ | | Subtract service charges and other account | $ |
| not on statement: | $ | | charges not in checkbook: | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| Check number/Debit: | $ | | | $ |
| SUBTOTAL (outstanding checks): | $ | | SUBTOTAL (service and other charges): | $ |
| TOTAL (deposits minus outstanding checks): | $ | | TOTAL (deposits and interest minus any charges): | $ |
| Balance: | $ | | Balance: | $ |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
Call the Telephone Banking Center at the number listed on the front of this statement or write us at:
National City Card Services, Attn: Chargeback Department K-A12-F6, P.O. Box 2859, Kalamazoo, MI 49003-2859.

If you need more information about an electronic transfer or if you think an electronic transfer listed on your statement or receipt is wrong, notify us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days for claims made within 30 days after the first deposit to a new account), we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Points from National City** is a National City Corporation® service mark. Member FDIC · ©2006, National City Corporation®

906411



# National City ®

National City Bank
PO BOX 5756
CLEVELAND OH 44101-0756

131481

**Statement Period:** Dec. 30, 2006 - Jan. 31, 2007
**Account Number:** 764176356

**Contact Us**

**Phone:** 888-622-4249 (Servicio al Cliente Disponible)
**Hearing Impaired:** 800-290-0211
   **Customer Service Hours:**
   Mon. - Fri.: 7 a.m. - 9 p.m. ET
   Saturday: 7 a.m. - 2 p.m. ET
   Sunday: 10 a.m. - 4 p.m. ET
**Web:** NationalCity.com

COLUMBUS MICROFILM INC
BANKRUPTCY CASE # 04-60904
LARRY J MCCLATCHEY TRUSTEE
65 E STATE ST STE 1800
COLUMBUS   OH   43215-4295

O

 Important Information about your Account

National City will mail 1099 interest statements for 2006 deposit accounts no later than January 31, 2007. Interest information is available by calling our automated telephone banking system at 888-622-4249. Press 1 for account information, then press 1 for the checking menu or 3 for the savings menu.

Check for this section each month - we'll use it when we need to communicate important news and information about your account, like the message above. Things to look for in this section include:
 ·    New product and pricing changes
 ·    Regulatory notices that may impact your account
 ·    Other miscellaneous important information about your account

 Commercial Checking

**Account Summary for 764176356**

| | | |
|---|---|---|
| **Beginning Balance as of Dec. 30, 2006** | | **$5,506.80** |
| Deposits | 3 items | + 14,187.02 |
| Miscellaneous Credits | 2 items | + 3,486.15 |
| Checks/Converted Checks | 0 items | - 0.00 |
| Online Bill Pymts/Electronic Pymts | 5 items | - 14,936.75 |
| CheckCard/ATM Transactions | 0 items | - 0.00 |
| Other Debits and Transfers | 2 items | - 7,434.64 |
| **Ending Balance as of Jan. 31, 2007** | | **$808.58** |



# Deposits

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 01/11 | $6,653.90 | 01/24 | 4,533.12 |
| 01/17 | 3,000.00 | | |

**Total: 3 items for $14,187.02**

**OTHER**



# Miscellaneous Credits

| Date | Description | Amount |
|------|-------------|--------|
| 01/04 | Paychex Tps    Taxes 0137794215825 010307 | $2,103.22 |
| 01/16 | Paychex Tps    Taxes 0137794215868 011207 | 1,382.93 |

**Total: 2 items for $3,486.15**

# Online Bill Payments/Electronic Payments

| Date | Description | Amount |
|------|-------------|--------|
| 01/03 | Paychex Tps    Taxes 0137794215817 010207 | $3,504.95 |
| 01/05 | Paychex Tps    Taxes 0137794215819 010207 | 3,547.86 |
| 01/12 | Paychex-Hrs    Hrs Pmt 8637227    070111 | 255.00 |
| 01/19 | Paychex Tps    Taxes 0137794215876 011507 | 3,095.82 |
| 01/29 | Paychex Tps    Taxes 0137794215933 012607 | 4,533.12 |

**Total: 5 items for $14,936.75**

> We've listened! Online and electronic payments now appear together, making them easy to verify.

**OTHER**

# Other Debits and Transfers

| Date | Description | Amount |
|------|-------------|--------|
| 01/24 | Wire Transfer Debit | $7,379.36 |
| 01/31 | Service Charge | 55.28 |

**Total: 2 items for $7,434.64**

906447