**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: October 9, 2013**

_____

4812-7647-4646

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 04-60904 |
| | : | |
| Columbus Microfilm, Inc. | : | Chapter 7 |
| | : | Judge C. Kathryn Preston |
| Debtor. | : | |

### ORDER AND JUDGMENT DENYING MOTION TO REOPEN CLOSED CASE
**[Doc. No. 331]**

This matter came before the Court pursuant to Notice on October 1, 2013 for hearing on the *Ex-Parte Application to Re-Open Closed Case* filed by Angela Granata [Doc. #331] and the *Objection* filed by Larry J. McClatchey, the former Trustee [Doc. #333]. Ms. Granata and Mr. McClatchey appeared at the hearing. Also present was A.C. Strip, Esq., Strip Hoppers Leithhart McGrath & Terlecky Co. LPA, appearing as counsel on behalf of the former state court Receiver, Martin Management. Based on the presentations made by Ms. Granata and counsel, and upon the Court's review of the record in this case, the Court finds that Movant has failed to

demonstrate cause for reopening the chapter 7 bankruptcy proceeding. The Court stated its findings and conclusions on the record of the hearing, which findings and conclusions are incorporated herein by reference. It is therefore

ORDERED, that the Ex-Parte Application to Reopen Closed Case should be and hereby is DENIED.

SO ORDERED.

*Copies to Default List and*
*A.C. Stripp, Esq., Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA, 575 South Third*
   *Street, Columbus, Ohio 43215-5759*

###