**UNITED STATES BANKRUPCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No.: 04-60904 |
| | : | |
| **COLUMBUS MICROFILM, INC.** | : | Chapter 7 (Converted) |
| | : | |
| Debtor(s). | : | Judge Preston |

**SUPPLEMENT TO MEMORANDUM IN OPPOSITION FILED BY REG MARTIN TO AMENDED MOTION TO RE-OPEN CASE TO ADMINISTER ESTATE ASSETS (DOC. 349)**

On March 11, 2016, Angela R. Granata ("Ms. Granata") filed the *Amended Motion to Re-Open Case to Administer Estate Assets* (the "Motion"). On April 4, 2016, Reg Martin, former Receiver of the Debtor ("Mr. Martin"), filed a *Memorandum in Opposition to the Motion* (Doc. 351) (the "Objection"). A hearing is scheduled for July 21, 2016, at 2:00 p.m. to hear oral arguments on the Motion.

The Objection argues that the claims raised in the Motion are barred by the doctrines of *res judicata* and laches, and that the Real Estate[1], and that the Real Estate and the interest in the Land Contract were not property of the bankruptcy estate. Subsequent to the filing of the Objection, Mr. Martin recently obtained, from the title company that handled the closing, documentation that supports his argument. At the closing on the sale, the title company specifically required that the Debtor disclaim any interest in the Real Estate. The Debtor, through its attorney, did in fact disclaim any such interest. Attached hereto as Exhibit A is the Notice of Release of Claim of Interest signed by counsel for the Debtor which was received on July 20th from Mr. Pettigrew's office and then forwarded to the title company. The attached Exhibit A substantiates the position

---

[1] Capitalized terms have the same definitions as set forth in the Objection.

1

of the Debtor that is reflected in the Schedules of Assets and Liabilities where neither the Real Estate nor the Land Contract is listed as an asset of the Debtor.

Based upon the foregoing, it is respectfully requested that the Court issue an Order denying the Motion and that the Court grant such other and further relief as is appropriate.

                                Respectfully submitted,

                                /s/  A. C. Strip
                              **A.C. Strip  (0018262)**
                              Strip, Hoppers, Leithart, McGrath & Terlecky Co. LPA
                              575 South Third Street
                              Columbus, Ohio 43215
                              (614) 228-6345 (telephone)
                              (614) 228-6369 (facsimile)
                              Email: acs@columbuslawyer.net
                              Attorney for Reg Martin of Martin Management,
                              Former Receiver for Columbus Microfilm, Inc.

Jul-20-05   13:05   From-STRIP HOPPERS LEITHART       614-228-6369         T-311   P.002/002   F-291

OF COUNSEL:          EDWARD J. COX, JR.      EDWARD J. COX
MINA N. KHORRAMI     GRADY L. PETTIGREW, JR.  (1911-1998)
PAUL STEHURA                                 RICHARD M. STEIN
RYAN M. SCOTT                                (1946-1996)



115 WEST MAIN STREET, SUITE 400 · COLUMBUS, OHIO 43215
(614) 224-4357   (866) 686-4358
FAX (614) 228-0701 · E-MAIL HELP@CSPLPA.COM

ATTORNEYS AT LAW

## NOTICE OF RELEASE OF CLAIM AND INTEREST

Now comes Grady Pettigrew, as attorney for the Chapter 11 debtor Columbus Microfilm, Inc., and on its behalf, and this 20th day of July, 2005, hereby disclaims and releases any and all claim, right, title, or interest the company debtor has or may have to certain real estate commonly known as 5680 Canehill Lane, Hilliard, Ohio, and any improvements thereon, and proceeds from the sale thereof.

*[signature]*
Grady L. Pettigrew Jr., as attorney for
Columbus Microfilm, Inc., Ch/11 debtor

**EXHIBIT A**

** TOTAL PAGE.02 **

JUL-20-2005 10:50AM    FAX:614 228 0701    ID:STRIP+HOPPERS    PAGE:002   R=94%

# **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on July 14, 2016, a true and accurate copy of the foregoing SUPPLEMENT TO MEMORANDUM IN OPPOSITION TO MOTION TO RE-OPEN CASE TO ADMINISTER ESTATE ASSETS (DOC. 349) was served on the following registered ECF participants, electronically through the court's ECF system, at the email address registered with the Court:

Asst US Trustee (Col)
James C Carpenter
Stewart H Cupps
Steven L Diller
Brian M Gianangeli
Mark W Iannotta
Nora E Jones
Andrew M Malek
Larry J McClatchey
Dennis J Morrison
David M Whittaker

And on the following by ordinary U.S. mail, postage prepaid, on the Debtor, the Trustee and all creditors and parties in interest as reflected on the attached mailing list, unless served through ECF.

                                                           /s/ A. C. Strip
                                                     A. C. Strip (0018262)

```
Label Matrix for local noticing            Columbus Microfilm Inc.              ESS Staffing Resources, Inc.
0648-2                                     753 Harmon Ave                       c/o Nora E. Jones
Case 2:04-bk-60904                         Columbus, OH 43223-2411              Gamble Hartshorn Johnson, LLC
Southern District of Ohio                                                       One East Livingston Avenue
Columbus                                                                        Columbus, OH 43215-5700
Sun Apr  3 12:55:04 EDT 2016

Excel Temporaries, Inc.                    Internal Revenue Service             JPMorgan Chase Bank, NA
c/o Nora E. Jones                          Internal Revenue Service             1111 Polaris Parkway
Gamble Hartshorn Johnson, LLC              U.S. Attorney's Office               Mail Code OH1-0152
One East Livingston Avenue                 303 Marconi Boulevard, Suite 200     Columbus, OH 43240-2031
Columbus, OH 43215-5700                    Columbus, OH 43215-2326


Ohio Bureau of Workers' Compensation       Ohio Mulch Supply, Inc.              Unizan Bank, National Association
c/o Brian M. Gianangeli, Esq.              c/o Laura M. Zaremski, Esq.          c/o Dennis J. Morrison, Esq.
The Law Office of Charles Mifsud, LLC      100 South Third Street               2006 Kenny Road
326 South HIgh Street                      Columbus, OH 43215-4214              Columbus, OH 43221-3502
Suite 201
Columbus, OH 43215-4522


Weber Holdings Universal, Ltd.             AEP                                  AMERICAN EXPRESS
c/o David M. Whittaker, Esq.               PO BOX 2021                          11340 MONTGOMERY RD
100 South Third Street                     ROANOKE VA 24022-2121                CINCINNATI OH 45249-2385
Columbus, OH 43215-4214



ANGELA R GRANATA                           Angela Granata                       Asst US Trustee (Col)
1922 NEW MARKET DRIVE                      c/o John E. Decker                   Office of the US Trustee
GROVE CITY OH 43123-1659                   4110 Indianola Avenue, Unit B        170 North High Street
                                           Columbus, Ohio 43214-2850            Suite 200
                                                                                Columbus, OH 43215-2417


BANK OF AMERICA                            BANK ONE                             (p)CAPITAL ONE
11340 MONTGOMERY RD                        NATIONAL GEOGRAPHIC VISA             PO BOX 30285
CINCINNATI OH 45249-2385                   PO BOX 94014                         SALT LAKE CITY UT 84130-0285
                                           PALATINE IL  60094-4014


CITI BUSINESS CARD                         CITIGROUP CARD                       CITY OF COLUMBUS
PO BOX 6309                                PO BOX 6062                          DIVISION OF INCOME TAX
THE LAKES NV  88901-6309                   SIOUX FALLS SD 57117-6062            50 W GAY ST 4TH FL
                                                                                COLUMBUS OH 43215-9070


Capital Plumbing & Mechanical Inc          Celerity Networks LLC                (p)COLUMBIA GAS
5721 Westbourne Ave                        3455 Mill Run Dr Suite 300           290 W NATIONWIDE BLVD 5TH FL
Columbus OH 43213-1449                     Hilliard OH 43026-9082               BANKRUPTCY DEPARTMENT
                                                                                COLUMBUS OH 43215-4157


(p)US BANK                                 ESS STAFFING RESOUCES INC            ESS STAFFING RESOURCES INC
PO BOX 5229                                C/O NORA E JONES                     C/O NORA E JONES
CINCINNATI OH 45201-5229                   ONE E LIVINGSTON AVE                 ONE E LIVINGSTON AVE
                                           COLUMBUS OH 43215-7700               COLUMBUS OH 43215-7700


EXCEL TEMPORARIES INC                      EXCEL TEMPORARY                      FIRST NATIONAL BANK OF OMAHA
C/O NORA E JONES                           550 E TOWN STREET                    PO BOX 2951
ONE E LIVINGSTON AVE                       COLUMBUS OH 43215-4802               OMAHA NE 68103-2951
COLUMBUS OH 43215-7700
```

| | | |
|---|---|---|
| FIRST NATIONAL BANK OF OMAHA<br>PO BOX 3351<br>OMAHA NE 68103-0351 | FLEET CREDIT CARD<br>PO BOX 17192<br>WILMINGTON DE 19850-7192 | GBQ PARTNERS<br>PO BOX 182108<br>COLUMBUS OH 43218-2108 |
| INSURANCE OF CENTRAL OHIO<br>165 W MAIN STREET<br>NEW ALBANY OH 43054-9227 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jan Pro of Columbus<br>C/O Dana & Pariser Co LPA<br>800 E Broad St<br>Columbus OH 43205-1015 |
| John Decker<br>3980 Shattuck<br>Columbus, Ohio 43220-4172 | (p)OHIO BUREAU OF WORKERS COMPENSATION<br>LAW SECTION BANKRUPTCY UNIT<br>P O BOX 15567<br>COLUMBUS OH 43215-0567 | Ohio Casualty Insurance Co.<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 |
| Ohio Department of Job and Family Services<br>P.O. Box 182404<br>Columbus, Ohio 43218-2404 | (p)OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>30 EAST BROAD STREET<br>COLUMBUS OHIO 43215-3414 | PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON CT 06484-4361 |
| REMEDY STAFFING<br>101 ENTERPRISE<br>SUITE 100<br>ALISO VIEJO CA 92656-2604 | RICHARD CORDAY<br>FRANKLIN CTY TREASURER<br>373 S HIGH STREET<br>COLUMBUS OH 43215-6306 | RONK BROTHERS<br>3756 AGLER RD<br>COLUMBUS OH 43219-3605 |
| ROSE M GRANATA<br>1922 NEW MARKET DRIVE<br>GROVE CITY OH 43123-1659 | Reg Martin<br>c/o Mark W. Iannotta<br>Strip Hoppers Leithart McGrath& Terlecky<br>575 S. Third Street<br>Columbus, OH 43215-5755 | Roger Hummell<br>5176 Mapleridge Dr<br>Columbus OH 43232-2882 |
| SONITROL OF CENTRAL OHIO<br>PO BOX 662<br>COLUMBUS OH 43216-0662 | SOUTHLAND STORAGE<br>3391 S HIGH STREET<br>COLUMBUS OH 43207-3624 | Southland Self Storage, LLC<br>c/o Brenda K. Bowers, Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street, P.O. Box 1008<br>Columbus, OH 43216-1008 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | UNITED HEALTH INSURANCE<br>4316 RICE LAKE RD<br>DULUTH MN 55811-4012 | UNITED HEALTHCARE INSURANCE CO<br>450 COLUMBUS BLVD<br>PO BOX 150450<br>HARTFORD CT 06115-0450 |
| UNITED STATES TRUSTEE<br>170 N HIGH STREET STE 200<br>COLUMBUS OH 43215-2417 | UNIZAN BANK<br>PO BOX 3510<br>ZANESVILLE OH 43702-3510 | UNIZAN BANK<br>PO BOX 4658<br>ZANESVILLE OH 43702 |
| UNIZAN BANK NATIONAL ASSOCIATION<br>C/O DENNIS J MORRISON<br>MEAN BICHIMER BURKHOLDER & BAKER<br>2006 KENNY RD<br>COLUMBUS OH 43221-3502 | US BANK ELAN<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US SOURCECORP<br>300 PRICE GEORGES BLVD<br>UPPER MARLBORO MD 20774-7409 |

| | | |
|---|---|---|
| United States Trustee | Waste Management<br>2421 W Peoria Ave Suite 110<br>Phoenix AZ 85029-4942 | Angela R Granata<br>President of Columbus Microfilm, Inc.<br>1922 New Market Drive<br>Grove City, OH 43123-1659 |
| Grady L Pettigrew Jr.<br>Law Office of Grady L. Pettigrew, Jr.<br>502 South Third Street<br>Columbus, OH 43215-5702 | John E Decker<br>3980 Shattuck<br>Columbus, Oh 43220-4172 | John E. Decker<br>4110 Indianola Avenue, Unit B<br>Columbus, Oh 43214-2850 |
| Larry J McClatchey<br>65 East State Street<br>Suite 1800<br>Columbus, OH 43215-4295 | Reg Martin<br>Martin Management Services, Inc.<br>180 East Broad Street<br>28th Floor<br>Columbus, OH 43215-3707 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAPITAL ONE<br>PO BOX 85015<br>RICHMOND VA 23285 | Columbia Gas of Ohio Inc<br>200 Civic Center Dr 11th<br>Columbus OH 43215 | ELAN FINANCIAL<br>PO BOX 108<br>ST LOUIS MO 63166-9801 |
| INTERNAL REVENUE SERVICE<br>550 MAIN ST  RM 3525<br>CINCINNATI OH 45201 | (d)INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>PO BOX 1579<br>CINCINNATI OH 45201 | (d)INTERNAL REVENUE SERVICES<br>550 MAIN ST  RM 3525<br>CINCINNATI OH 45201 |
| OHIO BUREAU OF WORKERS COMPENSATION<br>LEGAL OPERATIONS BANKRUPTCY UNIT<br>30 W SPRING ST<br>PO BOX 15567<br>COLUMBUS OH 43215 | (d)Ohio Bureau Of Workers Compensation<br>PO Box 15567<br>Columbus OH 43215 | (d)Ohio Bureau of Workers Compensation<br>Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215 |
| Ohio Department of Taxation<br>30 E Broad St<br>Columbus OH 43215 | Sprint-Nextel Corporation<br>Attn: Bankruptcy<br>PO Box 172408<br>Denver, CO 80217-2408 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ohio Department of Job & Family Services | (u)Ohio Department of Taxation | (u)The Huntington National Bank |

(d)ESS Staffing Resources, Inc.  
c/o Nora E. Jones  
Gamble Hartshorn Johnson, LLC  
One East Livingston Avenue  
Columbus, OH  43215-5700  

(d)Excel Temporaries, Inc.  
c/o Nora E. Jones  
Gamble Hartshorn Johnson, LLC  
One East Livingston Avenue  
Columbus, OH  43215-5700  

(u)OHIO BUREAU OF WORKERS' COMPENSATION  

(u)United States Trustee, 170 N High St, Room  

(u)Bradford Eldridge  

End of Label Matrix  
Mailable recipients   67  
Bypassed recipients    8  
Total                 75