**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: July 28, 2016**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No.: 04-60904 |
| | : | |
| **COLUMBUS MICROFILM, INC.** | : | Chapter 7 (Converted) |
| | : | |
| Debtor(s). | : | Judge Preston |

### ORDER AND JUDGMENT DENYING MOTION TO RE-OPEN CLOSED CASE

This matter came before the Court on July 21, 2016 pursuant to notice given, for a hearing on the *Amended Motion to Re-Open Case To Administer Estate Assets* [Doc. #349] filed by Angela R. Granata ("Ms. Granata"), a *Memorandum in Opposition to the Motion to Re-Open Case To Administer Estate Assets (Doc. #349)* (the "Objection:") filed by Reg Martin, former Receiver of the Debtor ("Mr. Martin") (Doc. 351), a *Supplement to Amended Motion to Re-Open Case To Administer Estate Assets (Doc. #349)* (Doc. 357) filed by Mr. Martin, and a *Hearing Memorandum of Former Case Trustee Regarding Amended Motion to Re-Open Case To Administer Estate Assets,* filed by Larry J. McClatchey, the former chapter 7 case Trustee.

A hearing was held on the Motion and the Response on July 21, 2016. Counsel appeared on behalf of Ms. Granata and on behalf of Mr. Martin. The Court having considered the pleadings and the matters presented at the hearing on behalf of Ms. Granata and on behalf of Mr. Martin, read into the record its Findings and Facts and Conclusions of Law in accordance with Rule 7052 of the Rules of Bankruptcy Procedure on April 21, 2016. Those Findings and Facts and Conclusions of Law are incorporated into this Order by reference.

Based upon the foregoing, It is ORDERED and DECREED that the *Amended Motion to Re-Open Case To Administer Estate Assets* (Doc. #349) should be, and hereby is DENIED.

IT IS SO ORDERED.

SUBMITTED BY:

  /s/    A, C. Strip
A.C. Strip (0018262)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH  43215
Telephone (614) 228-6345
Facsimile (614) 228-6369
Email:  acs@columbuslawyer.net
Attorney for Reg Martin of Martin Management,
Former Receiver for Columbus Microfilm, Inc.

Copies to All Creditors and Parties in Interest

*###*